UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : : : : | |
| Plaintiff, | : : | Civil Action No. 18-cv-04927 |
| v. | : : : | Judge Robert M. Dow, Jr. |
| **BHUSHAN DANDAWATE,** | : : | |
| Defendant. | : : | |

## AGREED MOTION FOR ENTRY OF FINAL JUDGMENT AS TO DEFENDANT BHUSHAN DANDAWATE

Plaintiff U.S. Securities and Exchange Commission ("SEC") requests that the Court enter the <u>Final Judgment as to Defendant Bhushan Dandawate</u> (Exhibit 1).[1] Defendant Dandawate has executed a Consent to this Final Judgment (Exhibit 2). Defendant Dandawate Agrees to the filing of this Motion.

The SEC respectfully asks the Court to enter this Final Judgment, which fully resolves the SEC's claims against Defendant Dandawate.

Respectfully submitted,

s/ Robin Andrews
Robin Andrews (Ill. Bar. No. 6285644)
One of the Attorneys for Plaintiff
**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION**
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Dated: July 19, 2018

---

[1] An electronic copy will be filed with the Court's proposed order email inbox.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : <br> : <br> : |
| Plaintiff, | : Civil Action No. 18-cv-04927 <br> : |
| v. | : <br> : Judge Robert M. Dow, Jr. |
| BHUSHAN DANDAWATE, | : <br> : |
| Defendant. | : <br> : |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 19, 2018, I electronically submitted the foregoing <u>Agreed Motion for Entry of Final Judgment as to Defendant Bhushan Dandawate</u> to the Clerk of the Court using the CM/ECF System. The following persons and entities were served as shown below:

Trace Schmeltz, Esq. (Counsel to Bhushan Dandawate, by email)
*TSchmeltz@btlaw.com*
Barnes & Thornburg LLP
1 N. Wacker Drive, Suite 4400
Chicago, IL 60606

        Respectfully submitted,

        <u>s/ Robin Andrews</u>
        Robin Andrews (Ill. Bar. No. 6285644)
        One of the Attorneys for Plaintiff
        **UNITED STATES SECURITIES**
        **AND EXCHANGE COMMISSION**
        175 W. Jackson Blvd., Suite 1450
        Chicago, IL 60604
        Telephone: (312) 353-7390
        Facsimile: (312) 353-7398

Dated: July 19, 2018